### IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| ALFREDO CARDENAS, | ) Case No.: 2023-012179-CA-01 |
| *Plaintiff* | ) Section No. CA30 |
| vs. | ) |
| 7-ELEVEN INC et al, | ) |
| *Defendants* | ) |
| | ) |

### DEFENDANT RDY STORE INC'S ANSWER

Defendant, RDY STORE INC, hereby files this answer to Plaintiff's complaint. Each answer corresponds to the paragraph number in the complaint.

1. Denied.
2. Admitted
3. Denied
4. Without knowledge.
5. Without knowledge
6. Admitted
7. Denied
8. Admitted
9. Admitted as to RDY, otherwise Denied.
10. Denied
11. Denied
28. Admitted that RDY has a duty, but Denied as to Plaintiff's description thereof.
29. Denied
30. Denied

31. Denied

32. No response required

33. Admitted

34. Denied

35. Denied

36. Denied

37. Denied

38. Denied

39. Denied

40. Denied

41. Denied

**Jury Trial Demanded on all issues so triable**

**Affirmative Defenses**

1.      Plaintiff's actions are barred by § 776.085, Fla. Stat. as Plaintiff was injured during the commission or attempted commission of a forcible felony, as evidenced by the police report attached hereby as Exhibit A.  In particular, Plaintiff was shoplifting alcohol, burglary as defined in § 810.02, Flat. Stat. , threat of physical force, and other forcible felonies, as defined in §776.08, Flat. Stat.

2.      Plaintiff's injury was not proximately caused by any of RDY's actions.

3.      Plaintiff's injury was caused by his own intentional and negligent actions.

4.      Plaintiff's injury was caused by an intervening force.

5.      Plaintiff's injury was not reasonably foreseeable by any of RDY's conducts.

6. Mr. White was not acting within the scope of his employment.

7. Mr. White's actions were in part to prevent the commission of shoplifting by Plaintiff, and as such, is immune from civil liability under § 812.015, Fla. Stat. and the common law shopkeeper's privilege.

8. Mr. White's actions against Plaintiff reasonable under the circumstances, especially given that Plaintiff is a registered sex offender, and "touched" Mr. White on "his cheek without his permission" prior to his injury. A public record copy that Plaintiff is a registered sex offender is hereby attached as Exhibit B.

9. Defendant failed to mitigate its damages.

10. Defendant's injuries were sustained outside the Store, and not on property that is owned or controlled by RDY.

11. Defendant assumed the risk of injury when he decided to shoplift, and touch Mr. White.

12. Defendant's actions are barred by the doctrine of unclean hands, as Plaintiff committed multiple crimes, nuisances, and was otherwise involved in unruly conduct before getting injured.

13. Defendant's had pre-existing conditions that caused his injury and damages.

**CERTIFICATE OF SERVICE**

I certify that this notice was served via the Florida Court E-Filing Portal on April 11, 2024 upon all counsels of record.

Respectfully submitted,

        Shlomo Y. Hecht, P.A.
        3076 N Commerce Pkwy
        Miramar, FL 33025
        Phone: 954-861-0025

        By: /s/ Shlomo Y Hecht
        Florida State Bar No.: 127144
        Email: sam@hechtlawpa.com
        *Attorney for Defendant RDY Store Inc*

# Exhibit (A)

# INCIDENT REPORT

PAGE 1 of 2

PRINTED BY: Dorneval, Jr., Thomas
PRINTED DATE/TIME: 7/10/2023 1:52 PM

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2ND AVE
MIAMI, FL 33128
305-579-6111
REPORT NUMBER: 2203120017695

| | | | | |
|---|---|---|---|---|
| **REPORT NUMBER:** 2203120017695-001 | **INCIDENT LOCATION:** 1099 SW 1ST AV | **INCIDENT TYPE:** 32F - AGGRAVATED ASSAULT/BATTERY (FELONY) | **DISPO:** Cleared by Arrest | **STATUS:** 2 - Closed |
| **OCCURRED ON:** 3/12/2022 2:14:00 AM- | **REPORTED ON:** 3/12/2022 2:16:20 AM | **ENTERED ON:** 3/12/2022 5:12:34 AM | **ENTERED BY:** Talania, Adrian G | |
| **REPORT TYPE:** Arrest Report | **SUPPLEMENTAL:** | **CLEARANCE BASIS:** | **CLEARANCE DATE:** | |
| **CIT RELATED:** No | **BODY CAM FOOTAGE:** Yes | | | |

**INVESTIGATOR CONTACTED:** 28547 - Figueroa, Julie
**INVESTIGATIONS NOTIFIED:** Yes
**24HR DESK NOTIFIED:** No
**CIS CONTACTED:**
**WAS A GUN DISCHARGED:** No
**WAS SOMEONE HIT:**

## OFFENSES
**OFFENSE:** AGGRAVATED BATTERY
**STATUTE:** 784.045
**LOCATION TYPE:** Convenience Store
**COMPLETED:** Completed
**HATE/BIAS:** None (No Bias)

## ARRESTEES
**NAME:** WHITE, DARRYL LEONARD Jr.
**DOB:** 6/11/2000
**AGE:** 21
**SEX:** Male
**RACE:** Black
**ETHNICITY:** Not Hispanic or Latino
**ADDRESS:** Home - 1181 Nw 57th St MIAMI, FL 33127

**EYE COLOR:** Brown
**HAIR COLOR:** Black
**HAIR STYLE:** Natural
**HAIR LENGTH:** Short
**FACIAL HAIR:** Clean Shaven
**COMPLEXION:** Dark
**TEETH:** Normal
**BUILD:** Large
**CLOTHING:** BLCK SHIRT/BLCK PANT
**HEIGHT:** 5' 9"
**WEIGHT:** 255
**RESIDENT OF:** City
**SMT:**
**SMT LOCATION:**
**SMT DESCRIPTION:**
**PLACE OF BIRTH:** MIAMI FLORIDA
**COUNTRY OF ORIGIN:**

**ARREST INFORMATION:**
**ARRESTED FOR:** 784.045 - AGGRAVATED BATTERY
**ARREST DATE:** 3/12/2002
**ARREST LOCATION:** 1099 SW 1 AVE
**ARREST TYPE:** Arrested on Scene
**ARMED WITH:** Hands / Fists / Feet Other

THIS CERTIFIES THAT
THIS REPORT IS A TRUE COPY
OF THE ORIGINAL FILED WITH
THE CITY OF MIAMI POLICE DEPARTMENT

NAME & IBM: 43176
DATE & TIME: 7/10/23

INCIDENT REPORT

PAGE 2 of 2

PRINTED BY: Dorneval, Jr., Thomas
PRINTED DATE/TIME: 7/10/2023 1:52 PM

CITY OF MIAMI POLICE DEPARTMENT
400 NW 2ND AVE
MIAMI, FL 33128
305-579-6111
REPORT NUMBER: 2203120017695

**VICTIMS**
NAME: CARDENAS, ALFREDO
AGE: 77
SEX: Male
RACE: White

**NARRATIVE**

SEE A-FORM

# COMPLAINT/ARREST AFFIDAVIT


1100592092

| OBTS NUMBER | ARMED FORCES | BWC | | POLICE CASE NO. |
|---|---|---|---|---|
| 1307388164 | NO | YES | | 2203120017695 |

| SPECIAL OPERATION: | [X] FELONY WARRANT | [ ] MISD | [ ] TRAFFIC | [ ] JUV FUGITIVE WARRANT | [ ] DV | [ ] MOVES [ ] In State [ ] Out State | [ ] CIV INF | JAIL NO. 220128616 | PMHD NO | COURT CASE NO. F22004599 |

| IDS NO. | AGENCY CODE | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS AND ID NO. | STUDENT ID NO. | GANG RELATED | FRAUD RELATED |
|---|---|---|---|---|---|---|
| 3433890 | 001 | | 1250842 | | NO | NO |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE): | ALIAS and/or STREET NAME | SIGNAL |
|---|---|---|
| WHITE, DARRYL LEONARD JR | | |

| DOB (MM/DD/YYYY) | AGE | RACE | SEX | HISPANIC/ETHNICITY: | HEIGHT | WEIGHT | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYES | GLASSES | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/11/2000 | 21 | B | M | NO AFR | 5'09 | 255 | BLK | SHT | AFR | BRO | NO | CLN | NOR |

SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description):

PLACE OF BIRTH (City, State/Country): MIAMI FL US

LOCAL ADDRESS:

PHONE: | CITIZENSHIP: US

| PERMANENT ADDRESS (Street, Apt. Number) | (City) | (State) | (Country) | (Zip) | PHONE | OCCUPATION |
|---|---|---|---|---|---|---|
| 1181 NW 57TH ST | MIAMI | FL | US | 33127 | (786) 462-8531 | STORE CLERK |

SCHOOL OR BUSINESS ADDRESS (Street, Apt. Number) | (City) | (State) | (Country) | (Zip) | PHONE | ADDRESS SOURCE: DL

| DRIVER'S LICENSE NUMBER/STATE | SOCIAL SECURITY NO. | WEAPON SEIZED: NO | Defendant CONCEALED WEAPON PERMIT: NONE | INDICATION OF: Alcohol Influence: N / Drug Influence: N |
|---|---|---|---|---|

| ARREST DATE | ARREST TIME | ARREST LOCATION | GRID |
|---|---|---|---|
| 03/12/2022 | 02:56 | 1099 SW 1ST AVE MIAMI, FL 33130 | 1414 |

CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR

CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR

CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR

JUV only | Relation | Name | Street | Zip | Phone | Contacted?

| CHARGES | CHARGE AS | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. F/2-BATTERY/AGGRAVATED | F.S. | 1 | 784.045 | | | 0004130A | N | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 12 day of MARCH, 2022, at 02:14 at 1099 SW 1ST AVE. MIAMI, FL. 33130

I WAS DISPATCHED TO 1099 SW 1 AVE (7/11 STORE) IN REFERENCE TO AGGRAVATED BATTERY. UPON ARRIVAL, I MADE CONTACT WITH THE VICTIM WHO SEEM DISORRIENTED. SUSPECT (STORE CLERK) WAS INSIDE THE STORE CONDUCTING BUSINESS. WITNESSES WERE OUTSIDE WITH THE VICTIM. DUE TO CONDITION OF THE VICTIM, HE WAS UNABLE TO PROVIDE A STATEMENT FROM INCIDENT SCENE NOR AT THE HOSPITAL HE WAS TRANSPORTED. ACCORDING TO THE SUSPECT, VICTIM CAME IN THE STORE PLAYING LOUD MUSIC AND WAS TOLD MULTIPLE TIMES TO TURN OFF HIS MUSIC, VICTIM RESPONDED INAPPROPRIATELY IN SPANISH. VICTIM PROCEEDED TO THE BACK OF THE STORE WHERE HE WAS SEEN IN A STORE SURVEILLANCE MONITOR PLACING A BOTTLE OF MODELO BEER IN HIS POCKET. SUSPECT APPROACHED THE VICTIM AND ASK HIM TO RETURN THE ITEM BACK IN THE REFRIGERATOR,... [Continued on Next Page]

HOLD FOR OTHER AGENCY | VERIFIED BY:

[ ] HOLD FOR BOND HEARING, DO NOT BOND OUT (Officer Must Appear at Bond Hearing).

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

/s/ 41952
TALANIA, A; Court ID: 001-41952 MPD

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 12 DAY OF MARCH, 2022

AVILA, A; Court ID: 001-40734 MPD

Report Generated at 03/12/2022 16:09:52

Page 1 of 2



# COMPLAINT/ARREST AFFIDAVIT CONTINUATION

| OBTS NUMBER | POLICE CASE NO. |
|---|---|
| 1307388164 | 2203120017695 |

| JAIL NO. | COURT CASE NO. |
|---|---|
| 220128616 | F22004599 |

| SPECIAL OPERATION: | [X] FELONY [ ] MISD [ ] TRAFFIC [ ] WARRANT | [ ] JUV [ ] DV FUGITIVE WARRANT: | [ ] MOVES [ ] CIV INF [ ] In State [ ] Out State | JAIL NO. 220128616 | PMHD NO | COURT CASE NO. F22004599 |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | DOB (MM/DD/YYYY) |
|---|---|
| WHITE, DARRYL LEONARD JR | 06/11/2000 |

| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
|---|---|---|---|---|
| CO-DEFENDANT NAME | DOB | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |

IN WHICH THE VICTIM COMPLIED. VERBAL DISPUTE BETWEEN PARTIES TRANSPIRED TO A PHYSICAL TOUCH. SUSPECT CLAIM HE WAS TOUCH BY THE VICTIM ON HIS CHEEK WITHOUT HIS PERMISSION. FEELING TREATHENED, SUSPECT RESPONDED BY PUNCHING THE VICTIM ON THE BACK OF HIS HEAD AS HE WAS LEAVING THE STORE. THE VICTIM IMMEDIATELY FELL ON THE GROUND. SUSPECT CONTINUED STRIKING MULTIPLE TIMES THEN PROCEEDED INSIDE THE STORE TO CONDUCT BUSINESS. WITNESSES STATEMENT WERE CONTRARY TO THE SUSPECTS STATEMENT. THE WITNESSES OBSERVED THE SUSPECT SUCKER PUNCHING THE VICTIM APPROXIMATELY THREE TIMES ON THE BACK OF HIS HEAD AS HE WAS WALKING OUT OF THE STORE. VICTIM WAS KNOCKED OUT IN FRONT OF THE STORE AND WAS DRAGGED OUTSIDE THE STORE WHERE HE BEGUN TO PUNCH AND KICK THE VICTIM AGAIN. ONE OF THE WITNESSES SHOWED A VIDEO ON THE PHONE WHERE THE VICTIM WAS UNCONSCIOUS ON THE FLOOR AND THE SUSPECT WAS STANDING OVER HIM, PUNCHING AND KICKING HIM MULTIPLE TIMES CONSISTED WITH THEIR STATEMENT. VICTIM SUSTAINED A LACERATION ON HIS RIGHT HAND AND WAS TRANSPORTED TO MERCY HOSPITAL. HOMICIDE UNIT #28547 AND ID WERE NOTIFIED #43297. A CASE CARD WAS GIVEN TO THE VICTIM. DEFENDANT WAS ARRESTED AND TRANSPORTED TO TGK.

OFFICERS USING BODY-WORN CAMERA:
TALANIA, A: Court ID: 001-41952

| HOLD FOR OTHER AGENCY VERIFIED BY | [ ] HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | [ ] I understand that should I willfully fail to appear before the court, it may be required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. [ ] You need not appear in court, but must comply with the instructions on the reverse side hereof. |
|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. *signature* #1952 TALANIA, A: Court ID: 001-41952 | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 12 DAY OF MARCH 2022 *signature* AVILA, A: Court ID: 001-40734 | |

# Exhibit (B)

