UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23865-CIV-ALTONAGA/Damian

**RDY STORE INC.**,

    Plaintiff,
v.

**WESTCHESTER SURPLUS LINES INSURANCE COMPANY CO.**; *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff, RDY Store Inc.'s Unopposed Motion for Extension of Time to Respond to Motion for Summary Judgment [ECF No. 60]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff is granted an extension through and including **August 13, 2024** to respond to Defendants' Motion for Summary Judgment.

**DONE AND ORDERED** in Miami, Florida, this 5th day of August, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record